KENNETH D. WATNICK (Bar No. 150936)
  kdw@amclaw.com
THOMAS J. KEARNEY (Bar No. 150202)
  tjk@amclaw.com
SHAWN S. ELDRIDGE (Bar No. 276581)
  sse@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Defendant ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, LLC, a Delaware Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE SEMLER COMPANIES/MALIBU, a California Limited Partnership dba SADDLEROCK RANCH,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY FORGE INSURANCE COMPANY, a Pennsylvania Corporation; STARR INDEMNITY & LIABILITY COMPANY, a Texas Corporation; ENDURANCE ASSURANCE CORPORATION, a Delaware Corporation; GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation; HARCO NATIONAL INSURANCE COMPANY, an Illinois Corporation; ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, LLC, a Delaware Corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:25-cv-03808<br><br>**DECLARATION OF THOMAS J. KEARNEY IN SUPPORT OF MOTION TO DISMISS**<br><br>*[Filed with Notice of Motion and Motion and Proposed Order]*<br><br>Hearing Date: June 5, 2025<br>Hearing time: 10:00 a.m.<br>Crtrm.: 5B |

/ / /

/ / /

/ / /

1

DECLARATION OF THOMAS J. KEARNEY IN SUPPORT OF NOTICE OF REMOVAL

# DECLARATION OF THOMAS J. KEARNEY

I, Thomas J. Kearney, declare as follows:

1. I am an attorney-at-law duly licensed to practice before all courts in the State of California and am a partner with the law firm of Anderson, McPharlin & Conners LLP, attorneys of record for Defendant ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, LLC ("AJG Risk"), in the above-entitled action.

2. I have personal knowledge of the matters set forth herein, and if called upon as a witness to testify thereto, I could and would competently do so. This declaration is made in support of AJG Risk's Motion to Dismiss.

3. On April 30, 2025, at my direction, counsel from my office, Shawn Eldridge, emailed a meet and confer letter to counsel for Plaintiff THE SEMLER COMPANIES/MALIBU dba SADDLEROCK RANCH ("Plaintiff"), Joseph Oliva and Matthew Toothacre, to meet and confer over the deficiencies in Plaintiff's Complaint and AJG Risk's intention to file a motion to dismiss.

4. On May 6, 2025, Ms. Eldridge and I had a meet and confer conference via Zoom with Plaintiff's counsel to discuss AJG Risk's proposed motion to dismiss.

5. At the meet and confer conference, counsel were unable to resolve their differences and, as such, agreed AJG Risk would have to file its motion to dismiss to address them.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed on May 7, 2025 at Los Angeles, California.

  *s/ Thomas J. Kearney*
  Thomas J. Kearney

# PROOF OF SERVICE

**The Semler Companies/Malibu v. Valley Forge Insurance Company, et al.**
**USDC, Central - 2:25-cv-03808-HDV-JDE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 707 Wilshire Boulevard, Suite 4000, Los Angeles, California 90017-3623.

On May 7, 2025, I served true copies of the following document(s) described as **DECLARATION OF THOMAS J. KEARNEY IN SUPPORT OF MOTION TO DISMISS** on the interested parties in this action as follows:

| | |
|---|---|
| Lisa M. Lampkin, Esq.<br>Ellin J. Lee, Esq.<br>Freeman Mathis & Gary, LLP<br>6720 N. Scottsdale Road, Suite 310<br>Scottsdale, AZ 85253<br>Telephone: (213) 878-0730<br>E-Mail: Lisa.Lampkin@fmglaw.com<br>E-Mail: Ellin.Lee@fmglaw.com | Attorneys for Defendants Endurance Assurance Corporation, Harco National Insurance Company, Great American Insurance Company, and Starr Indemnity & Liability Company |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address jkk@amclaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 7, 2025, at Los Angeles, California.

_/s/ Jennifer Higa_
Jennifer Higa